Filing # 149334837 E-Filed 05/10/2022 06:25:15 PM

IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO:

JOEL V. LEVINE,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,
A Foreign Corporation,

    Defendant.

_____/

## COMPLAINT

**COMES NOW** the Plaintiff, JOEL V. LEVINE, by and through his undersigned attorneys and sues the Defendant, COSTCO WHOLESALE CORPORATION, (hereinafter "COSTCO") and states as follows:

1) This is an action for damages that exceeds Thirty Thousand Dollars ($30,000.00), exclusive of interest, costs, and attorney's fees.

2) At all times material to this action, Plaintiff JOEL V. LEVINE was a natural person residing in Palm Beach County, Florida.

3) At all times material to this action, Defendant COSTCO was a foreign corporation licensed to do business and with a location in Royal Palm Beach, Palm Beach County, Florida.

4) At all times material to this action, Defendant COSTCO was in possession and control of a retail establishment located at 11001 Southern Boulevard, Royal Palm Beach, Palm Beach County, Florida.

5) On or about September 25, 2021, while Plaintiff JOEL V. LEVINE was lawfully on Defendant's premises located at the above address as an invitee, Plaintiff JOEL V. LEVINE

**EXHIBIT 1**

slipped on a transitory substance and consequently, fell to the ground and sustained severe bodily injury.

6) Defendant COSTCO, had a duty to its invitees, including Plaintiff JOEL V. LEVINE to maintain its premises, including the floors, in a responsibly safe condition for use by its invitees, and to warn its invitees of any known hazards or hazardous conditions, about which Defendant knew or reasonably should have known through the exercise of reasonable care.

7) At the above time and place, Defendant COSTCO breached its duties owed to Plaintiff JOEL V. LEVINE by committing one or more of the following omissions or commissions:

  a. Negligently failing to maintain or adequately maintain the floor, thus creating an unreasonably dangerous condition to members of the public, including Plaintiff.

  b. Negligently failing to inspect or adequately inspect the cleanliness of the floor, as specified above, to ascertain whether the transitory substance on the floor constituted a hazard to pedestrians utilizing said floor, thus creating a unreasonably dangerous condition to members of the public, including Plaintiff;

  c. Negligently failing to warn or adequately warn Plaintiff of the danger of the transitory substance on the floor, when the Defendant knew or through exercise of reasonable care should have known that said floor was unreasonably dangerous and that Plaintiff was unaware of the same; and

  d. Negligently failing to correct or adequately correct the unreasonably dangerous condition of the transitory substance on Defendant's premises, when this condition was either known to Defendant or had existed for a sufficient length

of time such that Defendant should have known of same had Defendant exercised reasonable care.

8. As a direct and proximate result of the negligence of Defendant COSTCO, Plaintiff JOEL V. LEVINE suffered bodily injury in and about his body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scaring, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of previous existing conditions. These losses are either permanent or continuing, and Plaintiff will continue to suffer the losses in the future.

**WHEREFORE**, Plaintiff JOEL V. LEVINE sues Defendant COSTCO for damages and demands judgment in excess of Thirty Thousand Dollars ($30,000.00), plus interest and costs, and demands trial by jury by all issues so triable.

### DEMAND FOR JURY TRIAL

Plaintiff JOEL V. LEVINE demands a jury trial on all issues so triable of each and every one of the Counts set forth above.

**RESPECTFULLY** submitted May 10, 2022.

           **KANNER & PINTALUGA, P.A.**
           Attorneys for the Plaintiff
           Gateway Center
           1000 Legion Place, Suite 100
           Orlando, Florida 32801
           Telephone: (561) 892-9698
           Facsimile: (844) 818-5452
           Service Email: Pleadings5@kpattorney.com

           By:   /s/ Karl W. Labertew
                **KARL W. LABERTEW, B.C.S.**
                Florida Bar No.: 615234